UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>CORY JOHN CUMINGS (DOB: ▓▓▓▓▓▓)<br><br>AND<br><br>Howa 1500 Rifle CAL:223 SN:B629838;<br>Henry Repeating Rifle Company H004AL Rifle CAL:22 SN:GB667560;<br>Henry Repeating Rifle Company H001 Lever Action Rifle CAL:22 SN:904429H;<br>Henry Repeating Rifle Company H001L Rifle CAL:22 SN:C060751H;<br>Keltec, CNC Industries, Inc. KSG Shotgun CAL:12 SN:XX700;<br>Silencer Co Salvo 12 Silencer CAL:12 SN:SAL120012;<br>Christensen Arms (TDJ Inc.) 14 Rifle CAL:300 SN:CV61281;<br>Hopkins and Allen Unknown Type Shotgun CAL:Unknown SN:C6676;<br>Anderson Manufacturing AM-15 Rifle CAL:Multi SN:18250826;<br>FNH USA, LLC M249S Rifle CAL:556 SN:M249SA07232;<br>Remington Arms Company, Inc. 1100 Shotgun CAL:16 SN:R248182W;<br>Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:M374558V;<br>Savage 10 Rifle CAL:308 SN:K421133;<br>Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N989759V;<br>MARLIN FIREARMS CO. 1893 Rifle CAL:38-55 SN:294011;<br>Rossi Gallery Rifle CAL:22 SN:G170453; | 4:24-cv-_4103_<br><br>REDACTED<br>VERIFIED COMPLAINT FOR FORFEITURE IN REM |

REMINGTON ARMS COMPANY, INC. 1100 Shotgun CAL:20 SN:L784633X;
Remington Arms Company, Inc. 3200 Shotgun CAL:12 SN:7252;
REMINGTON ARMS COMPANY, INC. 1100 Shotgun CAL:28 SN:M477682J;
Remington Arms Company, Inc. SPR 310 Shotgun CAL:12 SN:072757269R;
SAVAGE Unknown Shotgun CAL:12 SN:A16A00130;
Remington Arms Company, Inc. 1100 Shotgun CAL:410 SN:R142292H;
HARRINGTON AND RICHARDSON Unknown Shotgun CAL:20 SN:GW2026;
Savage 11 Rifle CAL:223 SN:K182464;
Colt SP1 Rifle CAL:223 SN:SP163044;
Browning Invector Plus BPS Shotgun CAL:12 SN:33366NN121;
WINCHESTER Xpr Rifle CAL:270 SN:PT05819YY357;
Inter Ordnance M59 Rifle CAL:762 SN:M471639;
Unknown Unknown Shotgun CAL:Unknown SN:203510419;
Remington Arms Company, Inc. 770 Rifle CAL:243 SN:M71606194;
BENELLI, S. PA. SUPER NOVA Shotgun CAL:12 SN:Z877895V18;
Benelli, S. PA. 828U Shotgun CAL:12 SN:BS016418L16;
SAVAGE Axis Rifle CAL:30-06 SN:N127124;
Destructive Devices Industries (DDI), LLC 47S Rifle CAL:762 SN:A02123;
CONNECTICUT VALLEY ARMS (BP FIREARMS LLC) Unknown Rifle CAL:Unknown SN:61-06-051006-21;
Harrington and Richardson Topper Shotgun CAL:10 SN:BB414658;
WEATHERBY Element Shotgun CAL:20 SN:RM007361;
 Harrington and Richardson Greenwing Special Shotgun CAL:20 SN:GW11950;
LWRC (LEITNER WISE RIFLE CO. INC.) M6IC Rifle CAL:556 SN:24-34938;

Savage Arms Inc. (CD) B22 Rifle CAL:22 SN:3862359;
SAVAGE Unknown Shotgun CAL:28 SN:17B10491;
IWI US, INC. Unknown Rifle CAL:Unknown SN:T0046052;
UNKNOWN UNKNOWN SHOTGUN CAL:UNKNOWN SN:KRU064016;
Beretta USA Corp Unknown Shotgun CAL:12 SN:SU004650;
DANIEL DEFENSE INC. DDM4 RIFLE CAL:MULTI SN:DDM4183538;
Daniel Defense Inc., DDM4 Rifle CAL:Multi SN:DDM4167325;
Stoeger Unknown Shotgun CAL:12 SN:A303993-13;
FNH USA, LLC FN 15 Rifle CAL:Multi SN:FNB013437;
Desert Tech LLC. DT-SRS Rifle CAL:Multi SN:SRS004703;
SAVAGE UNKNOWN SHOTGUN CAL:410 SN:190494G;
Daniel Defense Inc. DDM4 Rifle CAL:556 SN:DDM14171511;
ANDRO CORP INDUSTRIES (ACI) ACI-15 RIFLE CAL:MULTI SN:J2-002051;
Heckler & Koch Inc. MR556A1 Rifle CAL:556 SN:241310429;
BENELLI, S. PA. SUPER NOVA SHOTGUN CAL:12 SN:Z835620L16;
Daniel Defense Inc. DDM4 Rifle CAL:Multi SN:DDM4183599;
FNH USA, LLC Unknown Rifle CAL:556 SN:00150;
BLACK ACES TACTICAL PRO SERIES 9 SHOTGUN CAL:UNKNOWN SN:PS901196;
ANDRO CORP INDUSTRIES (ACI) ACI-15 RIFLE CAL:MULTI SN:JJ-00018;
UNKNOWN UNKNOWN SHOTGUN CAL:28 SN:20TB2800350;
DESERT TECH LLC. DT-SRS RIFLE CAL:MULTI SN:SRS004410;
COLT AR15 RIFLE CAL:9 SN:LTA015159;
REMINGTON ARMS COMPANY, INC. 870 SUPER MAG SHOTGUN CAL:12 SN:CC07375E;

SILENCER CO HYBRID 46 BLACK SILENCER CAL:46 SN:HYB-61826;
MEGA MACHINE SHOP INC. MATEN RIFLE CAL:MULTI SN:MA07873;
BROWNING CITORI SHOTGUN CAL:12 SN:03716NY753;
MAGNUM RESEARCH, INC. DESERT EAGLE MK XIX PISTOL CAL:44 SN:DK-0032901;
ACCURACY INTERNATIONAL LTD. UNKNOWN RIFLE CAL:338 SN:15AX22891;
WEATHERBY ORION SHOTGUN CAL:12 SN:AU02448;
ZEV TECHNOLOGIES INC. (MEGA ARMS) OZ9 PISTOL CAL:9 SN:ZCD3343;
12 Rounds TULA CARTRIDGE WORKS - RUSSIA Ammunition CAL:223;
KEYSTONE SPORTING ARMS CRICKETT RIFLE CAL:22 SN:639698;
RUGER PRECISION RIFLE RIFLE CAL:6 SN:1803-00324;
824 Rounds Assorted Ammunition CAL:Unknown;
LEGACY SPORTS - LSI UNKNOWN SHOTGUN CAL:UNKNOWN SN:16R02243;
72 Rounds Assorted Ammunition CAL:Unknown;
WAR SPORT INDUSTRIES LVOA RIFLE CAL:MULTI SN:WSB10031;
Machine gun CAL:Unknown SN: Unknown;
Advance Armament Corp Titan QD Silencer CAL:Multi SN:TIQD04130;
SMITH & WESSON 500 REVOLVER CAL:500 SN:CHZ-4683;
656 Rounds Assorted Ammunition CAL:Unknown;
BENELLI, S. PA. NOVA SHOTGUN CAL:12 SN:Z1025318D;
Beretta, Pietro S.P.A 92FS Pistol CAL:9 SN:K53833Z;
145 Rounds Assorted Ammunition CAL:Unknown;
4243 Rounds Assorted Ammunition CAL:Unknown;
Benelli, S.PA Super Vinci Shotgun CAL:12 SN:CH017001M;

Glock GMBH 41GEN4 Pistol CAL:45 SN:BATU506;
STOEGER ARMS 3000 SHOTGUN CAL:12 SN:75-H22YT-024738;
Banish 30 Silencer CAL:300 SN:B006978;
890 Rounds Assorted Ammunition CAL:Unknown;
SMITH & WESSON UNKNOWN REVOLVER CAL:9 SN:HLU9506;
CZ USA UNKNOWN RIFLE CAL:UNKNOWN SN:B906415;
Savage Unknown Type Shotgun CAL:Unknown SN:21K12368;
Nighthawk Custom Unknown Type Pistol CAL:45 SN:NCP33995;
Glock GMBH 17 Pistol CAL:9 SN:YKK266;
1980 Rounds Assorted Ammunition CAL:Unknown;
Ruger 10/22 Rifle CAL:22 SN:00342177;
100 Rounds Unknown Ammunition CAL:50;
RUGER M77 MARK II RIFLE CAL:7 SN:79052060;
Marlin Firearms Co. 1895SBL Rifle CAL:45-70 SN:MR63051F;
Keystone Sporting Arms Crickett Rifle CAL:22 SN:NRA-0594;
Double Star Corp. Star 15 Rifle CAL:556 SN:D0011931;
100 Rounds Unknown Ammunition CAL:50;
HENRY REPEATING RIFLE COMPANY UNKNOWN RIFLE CAL:UNKNOWN SN:WTTCC000260;
KBI Inc. 306 Shotgun CAL:12 SN:N016298;
BANISH BANISH 45 SILENCER CAL:UNKNOWN SN:BNSH45-008415;
Banish Banish 22 Silencer CAL:22 SN:006878;
BANISH BANISH 45 SILENCER CAL:UNKNOWN SN:BNSH45-008416;
COBALT KINETICS (WILSON PRECISION ARMS INC) B.A.M.F. EDGE RIFLE CAL:MULTI SN:B16E183;
GLOCK GMBH 43 PISTOL CAL:9 SN:BDFU908;
30 Rounds Unknown Ammunition CAL:9;
2 Rounds Unknown Ammunition CAL:9;

SMITH & WESSON 642 AIRWEIGHT REVOLVER CAL:38 SN:CLY7444;
WINCHESTER 70 RIFLE CAL:250 SN:35EZW03293;
Zastava M70 Rifle CAL:762 SN:AB207274;
Beretta, Pietro S.P.A Excelsior 50 Shotgun CAL:12 SN:Z62985S;
SIG-SAUER P365 PISTOL CAL:9 SN:66B335936;
77 Rounds Assorted Ammunition CAL:Multi;
Mossberg 500 Ducks Unlimited Shotgun CAL:12 SN:K959063;
Andro Corp Industries (ACI) ACI-15 Rifle CAL:Multi SN:J2-001980;
GLOCK GMBH 30S PISTOL CAL:45 SN:WFB737;
HENRY REPEATING RIFLE COMPANY UNKNOWN RIFLE CAL:17 SN:GB058761V;
1107 Rounds Assorted Ammunition CAL:Unknown;
Remington Arms Company, Inc. 700 Rifle CAL:280 SN:C6838105;
FALKOR DEFENSE FD15A RIFLE CAL:UNKNOWN SN:FD-15A0000023;
Savage 11 Rifle CAL:223 SN:G619010;
HENRY REPEATING RIFLE COMPANY UKNOWN RIFLE CAL:22 SN:GB100757M;
Savage Axis Rifle CAL:270 SN:K658799;
Glock GMBH 17 Pistol CAL:9 SN:BACU631;
Benelli, S.PA Ultra Light Shotgun CAL:20 SN:N128865Z;
HERITAGE MFG. INC. ROUGH RIDER REVOLVER CAL:22 SN:17761863;
BANISH BANISH 30 SILENCER CAL:MULTI SN:B006977;
Advance Armament Corp. Tirant Silencer CAL:9 SN:TR3294;
RUGER 22/45 LITE PISTOL CAL:22 SN:391-41961;
Sig-Sauer 1911-22 Pistol CAL:22 SN:F255840;
Auto Ordnance West Hurley, NY 1911 Pistol CAL:45 SN:AOC5532;
GLOCK INC. UNKNOWN PISTOL CAL:9 SN:VTT816;
Springfield Armory, Geneseo, IL 1911A1 Pistol CAL:45 SN:NM303612;

> Diamondback Arms Inc. DB300 Rifle CAL:300 SN:DB-1800494;
> SMITH & WESSON M&P 9PRO SERIES PISTOL CAL:9 SN:DYC2694;
> TAURUS 66 REVOLVER CAL:357 SN:NF961440;
> Weatherby PA-08 Shotgun CAL:12 SN:TP113858;
> Remington Arm Company, Inc. 700 Rifle CAL:308 SN:RR57913H;
> Benelli, S.PA Super Black Eag Shotgun CAL:12 SN:U515058L15;
> Barrett Firearms Mfg Co 82A1 Rifle CAL:50 SN:AA004841;
> Beretta, Pietro S.P.A S682X Shotgun CAL:12 SN:E51080B;
> Heckler & Koch Inc. Unknown Type Shotgun CAL:Unknown SN:U001347; and
> Ruger 77/22 Rifle CAL:22 SN:72090959,
>
> DEFENDANTS.

Plaintiff, United States of America, by its attorneys, United States Attorney Alison J. Ramsdell and Assistant United States Attorney Stephanie Bengford, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims:

## NATURE OF ACTION

1. This is an action to forfeit property to the United States pursuant to 18 U.S.C. § 924(d)(1) and Rule G for violations of 18 U.S.C. §§ 922(g)(3).

## THE DEFENDANT IN REM

2. The defendant property consists of the following property that was seized from the home belonging to Cory Cumings, in Plankinton, South Dakota, on or about December 21, 2023 and the business of Cory Cumings located in Mitchell, South Dakota, on or about December 21, 2023: 125 firearms, 8

silencers, and 14 types of ammunition totaling 10,238 rounds as specifically identified on Attachment A to this Complaint. The location and date of item seized is also specifically identified on Attachment A which is incorporated herein.

3. The property listed in on Attachment A is presently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives, in Sioux Falls, South Dakota.

## JURISDICTION AND VENUE

4. This court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This court also has jurisdiction over this particular action under 18 U.S.C. § 924(d)(1). Plaintiff brings this action in rem in its own right to forfeit and condemn the defendant property pursuant to 18 U.S.C. § 924(d)(1).

5. This court has in rem jurisdiction over the defendant property pursuant to 28 U.S.C. § 1355(a),18 U.S.C. § 924(d), 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district, or pursuant to 28 U.S.C. § 1355(b)(1)(B), incorporating 28 U.S.C. § 1395, because the defendant property is found in this district.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district or pursuant to 28 U.S.C. § 1355(b)(1)(B), incorporating 28 U.S.C. § 1395, because the defendant property is found in this district or Cory Cumings is found in the District.

## LEGAL BASIS FOR FORFEITURE

7. The defendant property is subject to forfeiture pursuant to 18 U.S.C. § 924(d) because any firearm (as defined by 18 U.S.C. § 921(a)(3) to include silencers) or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922, including, but not limited to, subsection (g), where such intent is demonstrated by clear and convincing evidence, shall be subject to seizure and forfeiture.

8. 18 U.S.C. §§ 924(d) authorizes the seizure and forfeiture for any firearm or ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(3) which makes it unlawful for any person who is an unlawful user of or addicted to any controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802)) to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

## FACTUAL BASIS FOR FORFEITURE

9. As described more fully in the affidavit of Special Agent Josh Twedt of the South Dakota Division of Criminal Investigation, attached hereto and hereby fully incorporated herein, beginning on a date before and continuing to at least December 21, 2023, in this district, Cory Cumings, who is an unlawful user of or addicted to any controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802)), to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or

ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

12. By reason of the facts set forth and incorporated herein, the defendant property is properly condemned as forfeited to the United States of America pursuant to 18 U.S.C. § 924(d).

[remainder of page intentionally left blank]

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff requests that the court issue a warrant and summons for the arrest and seizure of the defendant property; that notice of this action be given to all persons known or thought to have an interest in or right against the defendant property; that the defendant property be forfeited and condemned to the United States of America; that the Plaintiff be awarded its costs and disbursements in this action; and that the court award the Plaintiff such other and further relief as this court deems proper and just.

Dated: May 23, 2024.

ALISON J. RAMSDELL
United States Attorney

_____
STEPHANIE C. BENGFORD
Assistant United States Attorney
PO Box 2638
Sioux Falls, SD 57101-2638
605.357.2341
Stephanie.Bengford@usdoj.gov

## **VERIFICATION**

    I, Special Agent Josh Twedt, hereby verify and declare under penalty of perjury that I am a Special Agent for the South Dakota Division of Criminal Investigation and sworn as a Task Force Officer with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives, that I have read the foregoing Verified Complaint In Rem and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

    The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives.

    I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29th, 2024.

_____
Josh Twedt
DCI Special Agent/ATF Task Force Officer

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
147 firearms and ammunition specifically identified on Attachment A

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stephanie Bengford, Assistant United States Attorney
PO Box 2638, Sioux Falls, SD 57101-2638
605.357.2341

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [X] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
8 U.S.C. § 1324(b) and 18 U.S.C. § 981(a)(1)(C)
Brief description of cause:
Civil Forfeiture

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE
5/23/2024   5/31/2024
SIGNATURE OF ATTORNEY OF RECORD
Diana Ryan, AUSA for Stephanie Bengford, AUSA

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____